UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Michael T. Laux
Denise M. Laux

Case No.: _____21-17964_____

Chapter: _____7_____

Judge: _____KCF_____

## NOTICE OF PROPOSED ABANDONMENT

_____Bunce D. Atkinson_____, ___Chapter 7 Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clarkson S. Fisher US Courthouse 402 East State Street Trenton, NJ 08608 |
| --- | --- |

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on ___December 14, 2021___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___2___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 36 Creek Rd. Brick, NJ Value - $150,000.00 |
| --- | --- |

| Liens on property: | Bayview Loan Servicing, LLC $181,000.00 |
| --- | --- |

| Amount of equity claimed as exempt: | $0.00 |
| --- | --- |

Objections must be served on, and requests for additional information directed to:

Name:        Bunce D. Atkinson, Chapter 7 Trustee

Address:        1011 Highway 71, Suite 200 Spring Lake, NJ 07762-2030

Telephone No.: (732) 449-0525

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:

Michael T. Laux

Denise Laux

    Debtors

Case No. 21-17964-KCF

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3

Date Rcvd: Nov 10, 2021

User: admin

Form ID: pdf905

Page 1 of 2

Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael T. Laux, Denise Laux, 36 Creek Rd. #276, Brick, NJ 08724-3302 |
| 519328877 | + | Celentano, Statdmauer & Walentowixz, LLP, PO Box 2594, Clifton, NJ 07015-2594 |
| 519328878 | + | Christopher Fleming, Esq, Jabin & Fleming, LLC, 530 Route 18, East Brunswick, NJ 08816-3089 |
| 519328881 | | Jersey Shore Neurology Associates, 1900 Corlies Ave., 3rd Floor, Neptune, NJ 07753 |
| 519328882 | + | Jersey Shore University Medical, 1945 Route 33, Neptune, NJ 07753-4859 |
| 519328885 | + | Millbrook Manor Condo, Attn: Berry, Sahradnik, Kotzas & Benson, 212 Hooper Ave., PO Box 757, Toms River, NJ 08754-0757 |
| 519328886 | + | National Service Bureau, 18912 North Creek Pkwy, Suite 205, Bothell, WA 98011-8016 |
| 519328887 | + | Phelan Hallinan Diamond & Jones, PC, 400 Felowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 519328889 | + | Preferred Behavioral Health Group, PO Box 85, Emerson, NJ 07630-0085 |
| 519328891 | + | Professional Account Management LLC, PO Box 1520, Milwaukee, WI 53201-1520 |
| 519328892 | + | Raritan Bay FCU, 491 Raritan St., Sayreville, NJ 08872-1442 |
| 519328893 | | Sandy's Servicenter LLC, 798 Mantoloking Road, Brick, NJ 08723 |
| 519328894 | + | The Port Authority of NY & NJ, VIolations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 519328895 | + | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 519328896 | + | Wells Fargo Bank Auto, PO Box 29704, Phoenix, AZ 85038-9704 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2021 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2021 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519328875 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Nov 10 2021 20:37:00 | Alliance One, 4850 Street Rd., Suite 300, Feasterville Trevose, PA 19053-6643 |
| 519328876 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 10 2021 20:37:00 | Bayview Loan Servicing, LLC, 4425 POnce de Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 519328879 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2021 20:46:14 | CitiBank, PO Box 183113, Columbus, OH 43218 |
| 519328880 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 10 2021 20:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519328883 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 20:46:03 | LVNV Funding, PO Box 10497, M5576, Greenville, SC 29603-0497 |
| 519328884 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 10 2021 20:38:00 | Midland Funding, LLC, 2365 Northside Dr., Suite 300, San Diego, CA 92108-2709 |
| 519328888 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2021 20:46:12 | Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 519328890 | | Email/Text: signed.order@pfwattorneys.com | Nov 10 2021 20:38:00 | Pressler, Felt & Warshaw, 7 Entin Rd., Parsippany, NJ 07054 |

District/off: 0312-3                          User: admin                                Page 2 of 2
Date Rcvd: Nov 10, 2021                       Form ID: pdf905                             Total Noticed: 26

519329829         +  Email/PDF: gecsedi@recoverycorp.com

Nov 10 2021 20:46:19    Synchrony Bank, c/o of PRA Receivables
Management, LLC, PO Box 41021, Norfolk, VA
23541-1021

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian D. Winters | on behalf of Joint Debtor Denise Laux kwwlawfirm@aol.com  kimberlylrichterllc@gmail.com,aguilarkwwh@gmail.com |
| Brian D. Winters | on behalf of Debtor Michael T. Laux kwwlawfirm@aol.com  kimberlylrichterllc@gmail.com,aguilarkwwh@gmail.com |
| Bunce Atkinson | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5