Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  21−17964−KCF
                Chapter:  7
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael T. Laux | Denise Laux |
| 36 Creek Rd. #276 | 36 Creek Rd #276 |
| Brick, NJ 08724 | Brick, NJ 08724 |

Social Security No.:
  xxx−xx−0599                                   xxx−xx−4980

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

36 Creek Rd, Brick, NJ.


Dated: December 8, 2021
JAN: gan

                                                  Jeanne Naughton
                                                  Clerk