**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael T. Laux | Social Security number or ITIN   xxx–xx–0599 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Denise Laux | Social Security number or ITIN   xxx–xx–4980 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 21–17964–KCF | |

# Order of Discharge                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael T. Laux                                        Denise Laux

1/10/22                                                **By the court:**   Kathryn C. Ferguson
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 21-17964-KCF
Michael T. Laux                                                                         Chapter 7
Denise Laux
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                    Page 1 of 2
Date Rcvd: Jan 10, 2022              Form ID: 318                  Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael T. Laux, Denise Laux, 36 Creek Rd. #276, Brick, NJ 08724-3302 |
| 519328877 | + | Celentano, Statdmauer & Walentowixz, LLP, PO Box 2594, Clifton, NJ 07015-2594 |
| 519328878 | + | Christopher Fleming, Esq, Jabin & Fleming, LLC, 530 Route 18, East Brunswick, NJ 08816-3089 |
| 519328881 | | Jersey Shore Neurology Associates, 1900 Corlies Ave., 3rd Floor, Neptune, NJ 07753 |
| 519328882 | + | Jersey Shore University Medical, 1945 Route 33, Neptune, NJ 07753-4859 |
| 519328885 | + | Millbrook Manor Condo, Attn: Berry, Sahradnik, Kotzas & Benson, 212 Hooper Ave., PO Box 757, Toms River, NJ 08754-0757 |
| 519328886 | + | National Service Bureau, 18912 North Creek Pkwy, Suite 205, Bothell, WA 98011-8016 |
| 519328887 | + | Phelan Hallinan Diamond & Jones, PC, 400 Felowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 519328889 | + | Preferred Behavioral Health Group, PO Box 85, Emerson, NJ 07630-0085 |
| 519328891 | + | Professional Account Management LLC, PO Box 1520, Milwaukee, WI 53201-1520 |
| 519328892 | + | Raritan Bay FCU, 491 Raritan St., Sayreville, NJ 08872-1442 |
| 519328893 | | Sandy's Servicenter LLC, 798 Mantoloking Road, Brick, NJ 08723 |
| 519328894 | + | The Port Authority of NY & NJ, VIolations Processing Center, PO Box 15186, Albany, NY 12212-5186 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 10 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 10 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519328875 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Jan 10 2022 20:47:00 | Alliance One, 4850 Street Rd., Suite 300, Feasterville Trevose, PA 19053-6643 |
| 519328876 | + | EDI: LCIBAYLN | Jan 11 2022 01:48:00 | Bayview Loan Servicing, LLC, 4425 POnce de Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 519328879 | | EDI: CITICORP.COM | Jan 11 2022 01:48:00 | CitiBank, PO Box 183113, Columbus, OH 43218 |
| 519328880 | + | EDI: IRS.COM | Jan 11 2022 01:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519328883 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2022 20:54:09 | LVNV Funding, PO Box 10497, M5576, Greenville, SC 29603-0497 |
| 519328884 | + | EDI: MID8.COM | Jan 11 2022 01:48:00 | Midland Funding, LLC, 2365 Northside Dr., Suite 300, San Diego, CA 92108-2709 |
| 519328888 | | EDI: PRA.COM | Jan 11 2022 01:48:00 | Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 519328890 | | Email/Text: signed.order@pfwattorneys.com | Jan 10 2022 20:47:00 | Pressler, Felt & Warshaw, 7 Entin Rd., Parsippany, NJ 07054 |
| 519329829 | + | EDI: RMSC.COM | Jan 11 2022 01:48:00 | Synchrony Bank, c/o of PRA Receivables |

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | | Page 2 of 2 |
| Date Rcvd: Jan 10, 2022 | Form ID: 318 | | Total Noticed: 26 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519328895 | + EDI: WFFC.COM | Jan 11 2022 01:48:00 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 519328896 | + EDI: WFFC.COM | Jan 11 2022 01:48:00 | Wells Fargo Bank Auto, PO Box 29704, Phoenix, AZ 85038-9704 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian D. Winters | on behalf of Joint Debtor Denise Laux kwwlawfirm@aol.com  kimberlylrichterllc@gmail.com,aguilarkwwh@gmail.com |
| Brian D. Winters | on behalf of Debtor Michael T. Laux kwwlawfirm@aol.com  kimberlylrichterllc@gmail.com,aguilarkwwh@gmail.com |
| Bunce Atkinson | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5